**ORANSKY, SCARAGGI & BORG, P.C.**
Michael T. Scaraggi, Esq. (9463)
175 Fairfield Avenue, Suite 1A
West Caldwell, New Jersey 07006
(973) 364-1200

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OPERATIVE PLASTERERS AND CEMENT MASONS LOCAL NO. 29 ANNUITY FUND, WELFARE FUND, APPRENTICE TRAINING FUND and MARC GALLO, Trustee<br><br>*Plaintiffs*,<br><br>v.<br><br>INDUSTRIAL CONSTRUCTION OF NEW JERSEY, INC.<br><br>*Defendant*. | Civil Action No.: 2:20-cv-10278-JMV-JAD<br><br>**ORDER** |

This matter having been opened to the Court by Michael T. Scaraggi, Esq. of Oransky, Scaraggi & Borg, P.C., attorneys for Plaintiffs Operative Plasterers and Cement Masons Local No. 29 Annuity Fund, Welfare Fund, Apprentice Training funds and Marc Gallo, Trustee and the Court having considered the Affidavit and Exhibits which includes a form of Consent Judgment;

It is on this 14th day of August, 2023,

**ORDERED** that Judgment in the amount of $96,037.38 be in favor of Plaintiffs, Operative Plasterers and Cement Masons Local No. 29 Annuity Fund, Welfare Fund, Apprentice Training funds and Marc Gallo, Trustee against Defendant, Industrial Construction of New Jersey, Inc. in the amount of $96,037.38.

**FURTHER ORDERED** that the Defendant be served with a copy of this Order within seven (7) days of the date hereof. ✸

_____
Honorable John Michael Vazquez, U.S.D.C.J.

✸ Defendant has not entered an objection to the order.